UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF TEXAS *ex rel.* Kristian Newby, | § § § | |
| Plaintiff, | § § § | **FILED UNDER SEAL** **31 U.S.C. § 3730(b)** |
| v. | § § | Case No.: 1:18-cv-00394 |
| RICELAND HEALTHCARE SYSTEM, LLC, *et al.*, | § § § § | |
| Defendants. | § § | |

## RELATOR'S NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relator Kristian Newby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and states as follows:

1. Relator brought this case under the qui tam provisions of the False Claims Act, 31 U.S.C. § 3729, *et seq*. The Complaint and First Amended Complaint were both filed under seal and have remained under seal while the United States investigated the matter.

2. Relator anticipates the United States will timely file a Notice of Election to Decline Intervention.

3. Defendants have not been served.

4. The United States has consented to this dismissal as required under 31 U.S.C. § 3729, *et seq*.

1

Respectfully submitted,

*Rachel Veronica Rose* (signature)

Rachel Veronica Rose
TX State Bar No. 24074982
EDTX - Admitted
P.O. Box 22718
Houston, Texas 77227
(713) 907-7442
rvrose@rvrose.com

***Attorney for Relator***

## CERTIFICATE OF SERVICE

On February 27, 2023, I sent a copy of this document to Mr. Adrian Garcia, Assistant United States Attorney for the Eastern District of Texas via email to Adrian.garcia@usdoj.gov.

*Rachel Veronica Rose* (signature)