| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA and §
THE STATE OF TEXAS *ex rel.* §
KRISTIAN NEWBY, §
　　　　　　　　　　　　　　　§
　　　　　　Plaintiffs, §
　　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　　　§　CIVIL ACTION NO. 1:18-CV-394
　　　　　　　　　　　　　　　§
RICELAND HEALTHCARE SYSTEM, §
LLC, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　　　Defendants. §

## ORDER OF DISMISSAL

In accordance with the Relator's Notice of Voluntary Dismissal Without Prejudice (#40), filed February 27, 2023, this action is dismissed in its entirety, without prejudice. Each party shall bear its own costs of court and attorneys' fees.

Further, in accordance with the Government's Notice of Election to Decline Intervention (#41), the Relator's current complaint, the Relator's notice of voluntary dismissal, the Government's notice of election to decline intervention, and this Order shall be unsealed. All other contents of the court's file in this action remain under seal and shall not be made public. Finally, the seal shall be lifted as to all other matters occurring in this action after the date of this Order.

SIGNED at Beaumont, Texas, this 9th day of March, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE